# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA v. JAHKEEL EDDIE JOSEPH*

Case No. 3:16-cr-00040-TMB

By: THE HONORABLE TIMOTHY M. BURGESS

**PROCEEDINGS:** **ORDER FROM CHAMBERS**

Having reviewed Magistrate Judge McCoy's Final Report and Recommendation (Docket No. 30) on Defendant's Motion to Dismiss (Docket No. 15), in conjunction with the parties' Objections and Responses (Docket Nos. 16 & 31), the Court hereby adopts and accepts the Final Report and Recommendation in its entirety. Consequently, Defendant's Motion to Dismiss, (Docket 15), is DENIED.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: August 9, 2016.